UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Michael S. Kimm (MK4476)
Francesco A. Savoia
KIMM LAW FIRM
333 Sylvan Avenue, Suite 106
Englewood Cliffs, New Jersey 07632
T: 201-569-2880
*Attorneys for Plaintiffs*

| | |
|---|---|
| BENJAMIN YOO and KOREAN NEWS NETWORK, INC., <br><br> Plaintiffs, <br> vs. <br><br> JAMES JO a/k/a JUNG-TAE JO and RICH AIR CORP., <br><br> Defendants. | 2:12-cv-02562-CCC-JAD <br><br><br> **Order** |

Upon plaintiffs' motion for default judgment;

WHEREAS the Clerk has entered a Notation of Default as to defendant James Jo for failure to plead or otherwise defend;

IT IS HEREBY ORDERED that plaintiffs' motion for an entry of default judgment is granted; and

FURTHER ORDERED that default judgment be entered against defendant James Jo in the amount of $800,200.00.

Dated: August 15, 2012

_____
Hon. Claire C. Cecchi, U.S.D.J.